David M. Lilienstein   (State Bar No. 218923)
**DL LAW GROUP**
345 Franklin St.
San Francisco, California 94102
Telephone: (415) 392-2289
Facsimile:  (415) 358-8484
E-mail:  david@dllawgroup.com,

Brian S. King,  #4610
Nicole T. Durrant #8803
**Brian S. King, Attorney at Law**
336 South 300 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
Email: brian@briansking.com, nicole@briansking.com

Robert G. Wing, UT Bar # 4445
PRINCE YEATES & GELDZAHLER
175 East 400 South, Suite # 900
Salt Lake City, UT 84111
Telephone: 801-524-1000
Facsimile: 801-799-5700
rgw@princeyeates.com

Attorneys for Plaintiffs, Daniel F., Shan O., and Geoffrey F.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL F., SHAN O. and GEOFFREY F., Individually and as representatives of the Class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA, and OGDEMLI/FELDMAN DESIGN GROUP BENEFIT PLAN<br><br>Defendants. | Case No.  CV 09-2037<br><br>**ORDER REGARDING SCHEDULE FOR COMPLETING DISCOVERY FOR, AND BRIEFING AND HEARING, AN EARLY MOTION FOR SUMMARY JUDGMENT**<br><br><br><br>Hon. Phyllis J. Hamilton |

Based on the Stipulation of the parties and good cause appearing, it is hereby ORDERED that the schedule previously proposed by the parties regarding discovery for, and the briefing and hearing of, an early motion for summary judgment, shall be modified as follows:

1. The parties will complete their discovery for an early motion for summary judgment by April 9, 2010.
2. Defendant Blue Shield will not file its early motion for summary judgment until April 30, 2010.
3. Plaintiffs will file their opposition by May 21, 2010.
4. Defendant Blue Shield will file its reply by June 4, 2010.
5. The date for the hearing on the early motion for summary judgment will be scheduled at the time the motion is filed; any current hearing date of April 21, 2010 is vacated.

Dated: January 26, 2010



IT IS SO ORDERED
Judge Phyllis J. Hamilton