UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL F., et al.,

    Plaintiffs,

    v.

BLUE SHIELD OF CALIFORNIA, et al.,

    Defendants.

_____/

No. C 09-2037 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of plaintiff's motion to compel Rule 30(b)(6) deposition, and motion to compel responses to interrogatories, and for all further discovery. Any date for hearing noticed on the undersigned's calendar is VACATED.

The parties shall contact the courtroom clerk of the assigned Magistrate Judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

**IT IS SO ORDERED.**

Dated: April 12, 2010

                                    _____
                                    PHYLLIS J. HAMILTON
                                    United States District Judge

cc: Wings, Assigned M/J, counsel of record