MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. CA 150203)
E-mail: gpimstone@manatt.com
CRAIG S. BLOOMGARDEN (Bar No. CA 110241)
E-mail: cbloomgarden@manatt.com
CAROL HU (Bar No. 260351)
E-mail: chu@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant*
CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL F., SHAN O. and GEOFFREY F., Individually and as representatives of the Class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA, and OGDEMLI/FELDMAN DESIGN GROUP BENEFIT PLAN,<br><br>Defendants. | Case No. 4:09-cv-02037-PJH (EMC)<br><br>**STIPULATION AND REVISED [PROPOSED] ORDER REGARDING FURTHER BRIEFING AND HEARING OF BLUE SHIELD'S PENDING MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Edward M. Chen |

WHEREAS, a hearing was held on June 2, 2010 before the Hon. Edward M. Chen on (1) Plaintiffs' Motion to Compel Defendant Blue Shield of California to Respond to Plaintiffs' Notice of Rule 30(b)(6) Deposition (Docket #37), and (2) Plaintiffs' Motion to Compel Defendant Blue Shield of California to Respond to Plaintiffs' First Set of Interrogatories (Docket #40);

WHEREAS, Magistrate Judge Chen ordered the parties to meet and confer;

WHEREAS, on June 18, 2010, the parties filed a Stipulation and [Proposed] Order (1) Resolving Motions to Compel and (2) Regarding Further Briefing and Hearing of Blue

300153911.2

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND REVISED [PROPOSED] ORDER RE FURTHER BRIEFING AND HEARING OF BLUE SHIELD'S PENDING MOTION FOR SUMMARY JUDGMENT

Shield's Pending Motion for Summary Judgment (Docket #60);

WHEREAS, on June 18, 2010, Judge Chen signed and entered the proposed Order (Docket #61) which provided for the following schedule:

1. <u>By June 18, 2010</u>:  Plaintiffs shall designate 10 residential treatment centers by name, address and (if available) tax ID number.

2. <u>By August 13, 2010</u>:  For each facility so designated by Plaintiffs, Defendant Blue Shield of California ("Blue Shield") shall provide the following summary information (the "Information"):  (a) the number of claims received and processed for the facility for individuals enrolled in an ERISA plan that had purchased group insurance from Blue Shield to fund the plan; (b) whether the claims were paid; and (3) if the claims were denied, the message codes in Blue Shield's database that identify the basis for denial (along with a key explaining what the codes mean).  The relevant time frame for this Information shall be from May 8, 2005, four years before the date of the filing of Plaintiffs' Complaint, to the present.  The Information shall be provided in a declaration signed under penalty of perjury (the "Declaration").

3. <u>By August 27, 2010</u>:  Plaintiffs shall advise Blue Shield what, if any, additional information they seek by either informal requests, written discovery or a Rule 30(b)(6) deposition.  Such additional discovery, if any, shall be directed solely to the Information Blue Shield provides in the Declaration with respect to the 10 facilities.  Blue Shield may object to any such additional discovery on any ground.  Other than as provided in paragraphs 1 – 3 of this Stipulation, the parties shall not seek any other discovery prior to the hearing on Blue Shield's pending Motion for Summary Judgment.

4. <u>By October 1, 2010</u>:  The parties shall complete the additional discovery provided for in paragraphs 1 – 3 of this Stipulation.

5. <u>By October 15, 2010</u> (14 days following the completion of the additional discovery per Judge Hamilton's May 17, 2010 Order):  Plaintiffs shall file their opposition to Blue Shield's pending Motion for Summary Judgment (assuming Plaintiffs have not filed anything with

300153911.2                                          2

STIPULATION AND REVISED [PROPOSED] ORDER RE FURTHER BRIEFING AND HEARING OF BLUE SHIELD'S PENDING MOTION FOR SUMMARY JUDGMENT

1  the Court prior to October 1, 2010, indicating that a dispute remains with respect to paragraphs 1
2  – 3 of this Stipulation).
3        6.    <u>By October 22, 2010</u> (one week after Plaintiffs' opposition per the May 17,
4  2010 Order):  Blue Shield shall file its reply in support of its pending Motion for Summary
5  Judgment.
6        7.    <u>November 3, 2010 at 9 a.m.</u> (or as otherwise may be ordered by Judge
7  Hamilton):  Hearing before Judge Hamilton on Blue Shield's pending Motion for Summary
8  Judgment.
9      WHEREAS, by June 18, 2010, Plaintiffs designated the 10 residential treatment
10 centers in accordance with paragraph 1 of the June 18, 2010 Order;
11     WHEREAS, by August 13, 2010, in accordance with paragraph 2 of the June 18,
12 2010 Order, Blue Shield provided the summary Information in a Declaration of Leslie Crawford
13 (the "Crawford Declaration"), which included information about claims for 32 individuals;
14     WHEREAS, by August 27, 2010, in accordance with paragraph 3 of the June 18,
15 2010 Order, Plaintiffs advised Blue Shield of the additional discovery they seek regarding the
16 Information provided in the Crawford Declaration by propounding Plaintiffs' Second Set of
17 Requests for Production of Documents and Plaintiffs' Amended Rule 30(b)(6) Notice of
18 Deposition to Blue Shield of California (the "Additional Discovery"), which seek further
19 information regarding the claims for each of the 32 individuals identified in the Crawford
20 Declaration;
21     WHEREAS, without waiving its objections to the Additional Discovery, including
22 that this discovery seeks information that is irrelevant to the issues in this case and to Blue
23 Shield's pending Motion for Summary Judgment, Blue Shield is in the process of responding to
24 the Additional Discovery;
25     WHEREAS, given the volume of information requested in the Additional
26 Discovery, the parties are unable to complete the Additional Discovery by October 1, 2010, and
27 need an additional four weeks to do so;
28

300153911.2                                      3

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND REVISED [PROPOSED] ORDER RE FURTHER BRIEFING AND HEARING OF BLUE
SHIELD'S PENDING MOTION FOR SUMMARY JUDGMENT

1  NOW, THEREFORE, the parties, through their undersigned counsel, hereby
2  stipulate as follows:
3        1.   <u>By October 15, 2010</u>:  Without waiving any objections it may have, Blue
4  Shield will produce documents in response to Plaintiffs' Second Set of Requests for Production of
5  Documents.
6        2.   <u>By October 29, 2010</u>:  Without waiving any objections it may have, Blue
7  Shield will produce a witness for deposition in response to Plaintiffs' Amended Rule 30(b)(6)
8  Notice of Deposition.  (The parties have scheduled this deposition for October 27, 2010.)
9        3.   <u>By November 12, 2010</u> (14 days following the completion of the additional
10 discovery per Judge Hamilton's May 17, 2010 Order):  Plaintiffs will file their opposition to Blue
11 Shield's pending Motion for Summary Judgment (assuming Plaintiffs have not filed anything with
12 the Court prior to October 29, 2010, indicating that a dispute remains with respect to the
13 Additional Discovery).
14       4.   <u>By November 19, 2010</u> (one week after Plaintiffs' opposition per the May
15 17, 2010 Order):  Blue Shield will file its reply in support of its pending Motion for Summary
16 Judgment.
17       5.   <u>December 1, 2010 at 9 a.m.</u> (or as otherwise may be ordered by Judge
18 Hamilton):  Hearing before Judge Hamilton on Blue Shield's pending Motion for Summary
19 Judgment (which currently is calendared for November 3, 2010 at 9 a.m.).
20
21 Dated:    September 28, 2010                MANATT, PHELPS & PHILLIPS, LLP
22
23                                             By:  /s/ Craig S. Bloomgarden
                                                    Craig S. Bloomgarden
24                                                  Attorneys for Defendant
                                                    CALIFORNIA PHYSICIANS' SERVICE
25                                                  dba BLUE SHIELD OF CALIFORNIA
26
27
28

300153911.2                                    4

STIPULATION AND REVISED [PROPOSED] ORDER RE FURTHER BRIEFING AND HEARING OF BLUE
SHIELD'S PENDING MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Dated: September 28, 2010 | BRIAN S. KING, ATTORNEY AT LAW |
| | |
| | By: /s/ Brian S. King |
| | Brian S. King |
| | Attorneys for Plaintiffs |

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Craig S. Bloomgarden hereby attests that concurrence in the filing of this document has been obtained.*

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

300153911.2

5

STIPULATION AND REVISED [PROPOSED] ORDER RE FURTHER BRIEFING AND HEARING OF BLUE SHIELD'S PENDING MOTION FOR SUMMARY JUDGMENT

## ORDER

In view of the foregoing, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. <u>By October 15, 2010</u>: Without waiving any objections it may have, Blue Shield will produce documents in response to Plaintiffs' Second Set of Requests for Production of Documents.

2. <u>By October 29, 2010</u>: Without waiving any objections it may have, Blue Shield will produce a witness for deposition in response to Plaintiffs' Amended Rule 30(b)(6) Notice of Deposition.

3. <u>By November 12, 2010</u> (14 days following the completion of the additional discovery per Judge Hamilton's May 17, 2010 Order): Plaintiffs will file their opposition to Blue Shield's pending Motion for Summary Judgment (assuming Plaintiffs have not filed anything with the Court prior to October 29, 2010, indicating that a dispute remains with respect to the Additional Discovery).

4. <u>By November 19, 2010</u> (one week after Plaintiffs' opposition per the May 17, 2010 Order): Blue Shield will file its reply in support of its pending Motion for Summary Judgment.

5. <u>December 1, 2010 at 9 a.m.</u> (or as otherwise may be ordered by Judge Hamilton): Hearing before Judge Hamilton on Blue Shield's pending Motion for Summary Judgment (which currently is calendared for November 3, 2010 at 9 a.m.).

DATED: 9/30, 2010

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
300153911.2          6

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

STIPULATION AND REVISED [PROPOSED] ORDER RE FURTHER BRIEFING AND HEARING OF BLUE SHIELD'S PENDING MOTION FOR SUMMARY JUDGMENT