UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL F., et al.,

    Plaintiffs,

    v.

BLUE SHIELD OF CALIFORNIA, et al.,

    Defendants.

_____/

No. C 09-2037 PJH

**ORDER VACATING HEARING DATE**

    The date for the hearing on defendants' motion for summary judgment, previously set for December 1, 2010, is hereby VACATED. Defendants shall file their reply to plaintiffs' opposition on November 19, 2010, as scheduled, and the court will re-set the hearing after it has decided plaintiffs' motion for leave to amend the complaint and Rule 56(f) motion to continue the hearing on the summary judgment motion.

**IT IS SO ORDERED.**

Dated: November 17, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge