United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL F., et al.,

    Plaintiffs,   No. C 09-2037 PJH

    v.   **ORDER**

BLUE SHIELD OF CALIFORNIA, et al.,

    Defendants.

_____/

    Before the court is a stipulation and proposed order in which the parties agree that defendant may file an oversized reply brief of 25 pages – ten pages more than is permitted by the local rules. Although the proposed order refers to "good cause appearing," the court can locate no good cause showing in the stipulation. Nor is good cause obvious in view of the fact that both the moving brief and the opposition brief are fewer than 25 pages long. The request is accordingly DENIED.

**IT IS SO ORDERED.**

Dated: November 18, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge