United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL F., et al.,

    Plaintiffs,

    v.

BLUE SHIELD OF CALIFORNIA, et al.

    Defendant.
_____/

No. C 09-2037 PJH

**ORDER CONTINUING HEARING DATE**

    Due to conflicts in the court's schedule, the date for the hearing on defendants' motion for summary judgment, previously set for February 2, 2011, has been CONTINUED to February 16, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 28, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge