|   |   |
|---|---|
| 1 | David M. Lilienstein   (State Bar No. 218923) |
|   | **DL LAW GROUP** |
| 2 | 345 Franklin St. |
|   | San Francisco, California 94102 |
| 3 | Telephone: (415) 392-2289 |
|   | Facsimile:  (415) 358-8484 |
| 4 | E-mail:  david@dllawgroup.com, |
| 5 | Brian S. King,  #4610 |
|   | **Brian S. King, Attorney at Law** |
| 6 | 336 South 300 East, Suite 200 |
|   | Salt Lake City, Utah 84111 |
| 7 | Telephone: (801) 532-1739 |
|   | Facsimile: (801) 532-1936 |
| 8 | Email: brian@briansking.com |
| 9 |   |
|   | Robert G. Wing, UT Bar # 4445 |
| 10 | PRINCE YEATES & GELDZAHLER |
|   | 175 East 400 South, Suite # 900 |
| 11 | Salt Lake City, UT 84111 |
|   | Telephone: 801-524-1000 |
| 12 | Facsimile: 801-799-5700 |
|   | rgw@princeyeates.com |
| 13 |   |
| 14 | Attorneys for Plaintiffs, |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | DANIEL F., SHAN O. and GEOFFREY F., Individually and as representatives of the Class of similarly situated individuals, | ) Case No.  CV 09-2037 PJH )<br>) **[PROPOSED] ORDER**<br>) **CONTINUING CASE**<br>) **MANAGEMENT CONFERENCE** |
| 20 | Plaintiffs, | ) |
| 21 | v. | ) Hearing Date: March 21, 2013<br>) Time: 2:00 p.m. |
| 22 |   | ) Place: Oakland, Ctrm 3, 3rd Floor |
| 23 | BLUE SHIELD OF CALIFORNIA, and OGDEMLI/FELDMAN DESIGN GROUP BENEFIT PLAN | ) Honorable Phyllis J. Hamilton<br>)<br>) |
| 25 | Defendants. | )<br>) |
| 26 |   | ) |

1

**ORDER CONTINUING CASE MANAGEMENT CONFEREN** Case No. CV 09-2037

1  Based on the stipulation of the parties and good cause appearing, it is hereby Ordered that
2  the Case Management Conference currently scheduled on March 21, 2013 at 2:00 p.m. shall be
3  continued until April 25, 2013.

4  DATED this 20th day of March, 2013.

_____
The Honorable Phyllis J. Hamilton
United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on this ____ day of March, 2013.

  s/