1  David M. Lilienstein   (State Bar No. 218923)
   **DL LAW GROUP**
   345 Franklin St.
2  San Francisco, California 94102
   Telephone: (415) 392-2289
3  Facsimile:  (415) 358-8484
   E-mail:  david@dllawgroup.com,
4
   Brian S. King,  #4610
5  **Brian S. King, Attorney at Law**
   336 South 300 East, Suite 200
6  Salt Lake City, Utah 84111
   Telephone: (801) 532-1739
7  Facsimile: (801) 532-1936
   Email: brian@briansking.com
8
9  Robert G. Wing, UT Bar # 4445
   PRINCE YEATES & GELDZAHLER
10 175 East 400 South, Suite # 900
   Salt Lake City, UT 84111
11 Telephone: 801-524-1000
   Facsimile: 801-799-5700
12 rgw@princeyeates.com
13
14 Attorneys for Plaintiffs,
15
16                 UNITED STATES DISTRICT COURT
17              NORTHERN DISTRICT OF CALIFORNIA

18  DANIEL F., SHAN O. and GEOFFREY F.,      ) Case No.  CV 09-2037 PJH
    Individually and as representatives of the )
19 Class of similarly situated individuals,    ) [~~PROPOSED~~] **ORDER**
                                                ) **CONTINUING CASE**
20             Plaintiffs,                       ) **MANAGEMENT CONFERENCE**
                                                )
21        v.                                     ) Hearing Date: March 21, 2013
                                                ) Time: 2:00 p.m.
22                                               ) Place: Oakland, Ctrm 3, 3rd Floor
   BLUE SHIELD OF CALIFORNIA, and              ) Honorable Phyllis J. Hamilton
23 OGDEMLI/FELDMAN DESIGN GROUP              )
   BENEFIT PLAN                                 )
24                                               )
                                                )
25             Defendants.                       )
                                                )
26  _____ )
27
28

                                    1
**ORDER CONTINUING CASE MANAGEMENT CONFEREN** Case No. CV 09-2037

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Based on the stipulation of the parties and good cause appearing, it is hereby Ordered that the Case Management Conference currently scheduled on March 21, 2013 at 2:00 p.m. shall be continued until ___April 25, 2013___.

DATED this _20th_ day of March, 2013.

_____
The Honorable Phyllis J. Hamilton
United States District Court Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on this ____ day of March, 2013.

___s/___

**ORDER CONTINUING CASE MANAGEMENT CONFEREN** Case No. CV 09-2037