David M. Lilienstein   (State Bar No. 218923)
**DL LAW GROUP**
345 Franklin St.
San Francisco, California 94102
Telephone: (415) 392-2289
Facsimile:  (415) 358-8484
E-mail:  david@dllawgroup.com,

Brian S. King,  #4610
**Brian S. King, Attorney at Law**
336 South 300 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
Email: brian@briansking.com

Robert G. Wing, UT Bar # 4445
PRINCE YEATES & GELDZAHLER
175 East 400 South, Suite # 900
Salt Lake City, UT 84111
Telephone: 801-524-1000
Facsimile: 801-799-5700
rgw@princeyeates.com

Attorneys for Plaintiffs, Daniel F., Shan O., and Geoffrey F.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL F., SHAN O. and GEOFFREY F., Individually and as representatives of the Class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA, and OGDEMLI/FELDMAN DESIGN GROUP BENEFIT PLAN<br><br>Defendants. | Case No.  CV 09-2037 PJH<br><br>**[PROPOSED]** CASE MANAGEMENT ORDER<br><br>Hearing Date: August 22, 2013<br>Time: 1:45 p.m.<br>Place: Telephone Conference<br>Honorable Phyllis J. Hamilton |

[PROPOSED] CASE MANAGEMENT ORDER                                        1

Based on the stipulation of the parties and good cause appearing, it is hereby Ordered that:

- Discovery on matters relevant to certification of the proposed class shall be completed by October 30, 2013;
- Plaintiffs' shall submit their motion to certify the proposed class on or before November 15, 2013;
- Blue Shield's opposition papers shall be submitted on or before December 20, 2013;
- Plaintiffs' reply papers in support of their motion shall be submitted on or before January 10, 2014.
- Hearing on the motion shall be scheduled for the Court's civil law and motion calendar on Wednesday, January 29, 2014, at 9:00 a.m.

In view of the foregoing, the telephonic case management conference currently scheduled for August 22, 2013, is vacated.

DATED: __August 16__, 2013



The Honorable Phyllis J. Hamilton
United States District Court Judge

[PROPOSED] CASE MANAGEMENT ORDER    2